**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 06-6067

———————

AARON LITTLE FRENCH,

Plaintiff - Appellant,

versus

JOSEPH V. SMITH; KATHLEEN HAWK SAWYER; ROBERT
WILSON; J. WADE; L. GUEVARA-ROSARIO; A.
MOLINA,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Margaret B. Seymour, District
Judge.  (6:04-cv-21915-MBS)

———————

Submitted:  March 31, 2006            Decided:  April 11, 2006

———————

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Aaron Little French, Appellant Pro Se.  Christie Newman, OFFICE OF
THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Aaron Little French appeals the district court's order adopting the magistrate judge's recommendation, granting Respondents' motion to dismiss, and denying relief on his Bivens complaint.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See French v. Smith, No. 6:04-cv-21915-MBS (D.S.C. Dec. 1, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

*Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).

- 2 -